UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAYLON SMITH,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:17-cv-00579-MMD-VPC<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 11) is granted, and the time for provisional counsel to file a notice of appearance or otherwise respond to the prior order (ECF No. 9) is extended up to and including January 29, 2018.

DATED THIS 26th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE