UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAYLON SMITH,<br><br>Petitioner,<br>v.<br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00579-MMD-VPC<br><br>ORDER |

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 16) is granted. Petitioner will have until September 7, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 11th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE