UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAYLON SMITH,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00579-MMD-CBC<br><br>ORDER |

Respondents' unopposed motion for extension of time (ECF No. 20) is granted. Respondents will have until January 16, 2019, within which to file a response to the amended petition for writ of habeas corpus in this case.

DATED THIS 5th day of November 2018.

　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE