UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAYLON SMITH,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00579-MMD-CBC<br><br>ORDER |

This habeas matter under 28 U.S.C. § 2254 comes before the Court on counsel Mary Lou Wilson's motion to withdraw (ECF No. 25). For good cause shown, the motion to withdraw will be granted.

It is therefore ordered that counsel's motion to withdraw (ECF No. 25) is granted, and Ms. Wilson is terminated as counsel of record for Petitioner.

The Clerk of Court will forward a copy of this order to the CJA Coordinator to secure a replacement panel attorney to represent Petitioner. When replacement counsel is secured, the coordinator will forward counsel's name and contact information to the staff attorney assigned to this case to draft a formal appointment order.

The Clerk further will send a hard copy of this order to Petitioner in proper person at his institutional address and reflect that additional transmittal either in the notice of electronic filing and/or the docket entry for this order.

DATED THIS 15th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE