UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SHAYLON SMITH, | Case No. 3:17-cv-00579-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Respondents' third unopposed motion for extension of time (ECF No. 28) is granted. Respondents will have until May 3, 2019, within which to file a response to the amended petition for writ of habeas corpus in this case.

DATED THIS 4th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE