UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAYLON SMITH,<br><br>    Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00579-MMD-CBC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 31) to file the exhibits and index of exhibits in support of their motion to dismiss is granted *nunc pro tunc* to May 3, 2019. Respondents' exhibits filed on May 6, 2019, are accordingly deemed timely filed.

DATED THIS 6th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE