UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHAYLON SMITH,

                              Petitioner,

        v.

WARDEN BAKER, *et al.*,

                              Respondents.

Case No. 3:17-cv-00579-MMD-CBC

ORDER

Petitioner, who was recently appointed replacement counsel, has filed a motion for extension of time to oppose the respondents' motion to dismiss and/or to request leave to file an amended petition for habeas corpus relief. (ECF No. 47.) The motion is granted. Petitioner will have until July 12, 2019, to either oppose respondents' motion to dismiss or move for leave to amend the petition.

DATED THIS 20th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE