UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAYLON SMITH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00579-MMD-CBC<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 51) to file a reply in support of their motion to dismiss is granted *nunc pro tunc* to July 24, 2019. Respondents' reply, filed on July 26, 2019, is therefore deemed timely.

DATED THIS 31st day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE